FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 10:17 am, Jun 19, 2020

# In the United States District Court for the Southern District of Georgia Waycross Division

TAMMY HERSEY,

    Plaintiff,

v.

SUNTRUST BANK, INC.,

    Defendant.

No. 520-CV-055

## ORDER

Upon review of the parties' Consent Motion to Amend Parties and to Remand, dkt. no. 10, and it appearing that good cause has been shown, the motion is hereby **GRANTED**. SunTrust Bank, n/k/a Truist Bank, is substituted for SunTrust Bank, Inc. as a party Defendant to this action. Waldo Investment Group, LLC and A H F, Inc., d/b/a Emery & Associates, are added as party Defendants to this action. Plaintiff's Motion for Leave to Amend the Complaint to Add Party Defendants, dkt. no. 8, and Plaintiff's Motion to Remand, dkt. no. 9, are withdrawn. This case is hereby **REMANDED** to the State Court of Coffee County, and each party consents to bear their own costs and attorney's fees associated with the removal and remand. The caption of this case is to be amended accordingly. Further, the time period for Defendant SunTrust Bank, n/k/a Truist Bank, to respond to Plaintiff's First Interrogatories

and Requests for Production of Documents will be extended up to and including thirty (30) days from the date of this Order. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 19 day of June, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2